**2008–1292.   [State ex rel.] Mid–Ohio Wood Prods., Inc. v. Indus. Comm.**
Franklin App. No. 07AP–478, 2008-Ohio-2453. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

### *January 20, 2010*

[Cite as *01/20/2010 Case Announcements*, 2010-Ohio-124.]

## MOTION AND PROCEDURAL RULINGS

**2009–0669.   In re Application of Duke Energy Ohio, Inc.**
Public Utilities Commission, Nos. 08–920–EL–SSO, 08–921–ELA–AM, 08–922–EL–UNC, and 08–923–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon review of the appeal, it appears that this case involves interpretation of R.C. 4928.20(J), which provides that "the legislative authority that formed or is forming * * * governmental aggregation may elect not to receive standby service."

It is therefore ordered, sua sponte, that the parties shall file memoranda addressing the following questions within 30 days of the date of this order and may file a response within 15 days of the filing of the initial memoranda:

1. Are there any legislative authorities that formed or are forming governmental aggregation that are providing electric aggregation service in Duke Energy-Ohio's geographic service area?

2. If the answer to question one is yes, has any such legislative authority elected not to receive standby service?

3. Should this cause be dismissed for failure to present a justiciable cause or controversy? No extensions of time shall be permitted. The Clerk shall refuse to file any requests for extension of time.

## MISCELLANEOUS DISMISSALS

**2009–2003.   State ex rel. Hazel v. Bender.**
Franklin App. No. 09AP–377, 2009-Ohio-5028. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due January 4, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.